IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DAVID LITER,**                                           Civil File No. 2:13-cv-02266-JAR-GLR

      **Plaintiff,**

vs.                                                                          **STIPULATION OF DISMISSAL**
                                                                             **WITH PREJUDICE**

**NORTHLAND GROUP INC.,**

      **Defendant.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff David Liter, and the defendant, Northland Group Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                  Respectfully submitted,

Dated:  <u>November 26, 2013</u>            By: <u>/s/J. Mark Meinhardt</u>
                                                           J. Mark Meinhardt #20245
                                                           9400 Reeds Road, Suite 210
                                                           Overland Park, Kansas 66207
                                                           Telephone:     (913) 827-1950
                                                           Email:            mark@meinhardtlaw.com
                                                           ATTORNEY FOR PLAINTIFF

Dated:  <u>November 26, 2013</u>            By: <u>/s/Louis J. Wade</u>
                                                           Louis J. Wade, #13042
                                                          McDowell, Rice, Smith & Buchanan
                                                          605 West 47th Street
                                                          Kansas City, MO 64112
                                                          Telephone:     (816) 960-7369
                                                          Fax:                 (816) 753-9996
                                                          Email:            lwade@mcdowellrice.com
                                                          ATTORNEY FOR DEFENDANT